IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TERVARES DONELL LITTLES,**

    Petitioner,

v.                                         Case No. 1:17cv282-MW/EMT

**JULIE JONES,**

    Respondent.
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Respondent's motion to dismiss, ECF No. 12, is **GRANTED**. The habeas petition, ECF No. 1, is **DISMISSED as untimely**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on August 27, 2018.**

                                                   **s/ MARK E. WALKER
                                                   Chief United States District Judge**